UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. AGUILERA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　　Respondent. | No. 2:19-cv-1615 MCE KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se, with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On October 11, 2019, respondent filed a motion to dismiss. However, the proof of service appended to the motion reflects that respondent incorrectly identified petitioner's California Department of Corrections ("CDCR") number. Respondent is directed to re-serve a copy of the motion on petitioner using his correct CDCR identification number, AX-9172.[1] In light of such re-service, petitioner's opposition shall be filed and served within thirty days after re-service of the motion. (See ECF No. 4 at 2.) Respondent's reply, if any, shall be filed and served within fourteen days thereafter.

////

////

---

[1] The docket reflects that respondent re-served the form filed October 7, 2019 (ECF No. 8), but did not indicate the motion to dismiss had been re-served. (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this order, respondent shall re-serve on petitioner a copy of the motion to dismiss (ECF No. 10) using petitioner's correct CDCR identification number.

Dated: November 4, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/agui1615.res